# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| SHAMSIDDEEN HATCHER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17CV00019 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TM ASSOCIATES, INC., ET AL., ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the accompanying Opinion, it is **ORDERED** that the Motion to Strike Second Amended Complaint and to Dismiss (ECF No. 29) is GRANTED, and the plaintiff's action is hereby DISMISSED WITH PREJUDICE.

The Clerk shall close the case.

It is so **ORDERED**.

ENTER: November 13, 2017

/s/ James P. Jones
United States District Judge